IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO.: 4:05cr24-SPM

ANTHONY GOLDMAN, et al.,

     Defendants.
_____/

## ORDER SETTING DEADLINES FOR GOVERNMENT TO RESPOND

This cause comes before the Court on Defendant, Anthony Goldman's,

Motion in Limine and Memorandum of Law in Support Thereof (doc. 89).  The

Government shall have up to and including December 19, 2005 to file a

response.

DONE AND ORDERED this 7th day of December, 2005.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge