IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 4:05cr24-SPM

ANTHONY GOLDMAN,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's unopposed motion to continue sentencing (doc. 149) is granted. Sentencing is reset for November 20, 2006 at 1:30 p.m.

DONE AND ORDERED this 13th day of September, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge