IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:05cr24-SPM

ANTHONY GOLDMAN,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's unopposed motion to continue

sentencing (doc. 157) is granted.  Sentencing is reset for January 16, 2007 at

1:30 p.m.

DONE AND ORDERED this 1st day of November, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge